UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIELIKUVA SOLUTIONS, LLC,**<br>    Plaintiff,<br><br>    v.<br><br>**ROKID, INC.,**<br>    Defendant. | Case No. 4:24-cv-06514-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 22 |

The parties to the action, by and through their counsel, have advised the Court that they have agreed to settlement.

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, before **May 1, 2025**, that the case should be reopened for failure of a condition of settlement, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: March 11, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**